IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-00001-WDM-CBS

DAVID GERAS,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant.

---

### NOTICE OF DISMISSAL of CLAIMS FOR BONUS PAYMENTS ONLY

---

The parties filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a) on the grounds that they have fully resolved Plaintiff's claims for a bonus payment of $5,626.79. Accordingly, the claims for said bonus payments of are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees which leaves pending only Plaintiff's claims for commissions and separation pay.

DATED at Denver, Colorado, on July 19, 2010.

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge